UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEMETRIUS LEE BATTLE,
    Plaintiff,

vs.                                      Case No.:  3:20cv5494/LAC/ZCB

SGT. HARRIS, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 6, 2022. (Doc. 35).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 35) is adopted and incorporated by reference in this order.

1

2. Defendant Speer's motion to dismiss (Doc. 23) is **DENIED**.

**DONE AND ORDERED** this 4th day of August, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**