UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEMETRIUS LEE BATTLE,
    Plaintiff,

vs.                                      Case No.:  3:20cv5494/LAC/ZCB

SGT. HARRIS, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on April 4, 2023. (Doc. 54). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 54) is adopted and incorporated by reference in this order.

2. Defendant Speer's Motion for Summary Judgment (Doc. 44) is **DENIED** and Plaintiff's request for declaratory relief is **DISMISSED as moot.**

3. This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 28th day of April, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**