UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEMETRIUS LEE BATTLE,
    Plaintiff,

vs.                                      Case No.:  3:20cv5494/LAC/ZCB

JOSHUA A. SPEER, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on March 23, 2023. (Doc. 52). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 52) is adopted and incorporated by reference in this order.

2. The eight "Doe" Defendants are **DISMISSED without prejudice**.

3. This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 4th day of May, 2023.

                                              s/*L.A. Collier*
                                          **LACEY A. COLLIER**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**