UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEMETRIUS LEE BATTLE,
    Plaintiff,

v.                                            Case No.:  3:20cv5494/TKW/ZCB

JOSHUA A. SPEER, et al.,
    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 61).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that the claims against Defendant "Sgt. Harris" should be dismissed for lack of service.  Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The claims against Defendant Harris are **DISMISSED without prejudice** under Fed. R. Civ. P. 4(m) for lack of service.

3. The Clerk of Court is directed to terminate Sgt. Harris as a Defendant in CM/ECF.

4. This case is referred back to the magistrate judge for further proceedings.

**DONE and ORDERED** this 3rd day of July, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**